**Steve D. Larson,** OSB No. 863540
Email: slarson@stollberne.com
**Yoona Park,** OSB No. 077095
Email: ypark@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone:     (503) 227-1600
Facsimile:     (503) 227-6840

**Seth R. Lesser**
Email: seth@klfterolsen.com
**Fran L. Rudich** (Admitted *pro hac vice*)
Email: fran.rudich@klafterolsen.com
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone:     (914) 934-9200
Facsimile:     (914) 934-9220

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SANDRA ZIRKEL and RALPH CEDANO, Individually and, on Behalf of All Other Persons Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THRIFTY PAYLESS, INC. d/b/a RITE AID and RITE AID CORPORATION,<br><br>　　　　　　　Defendants. | Case No. 3:10-CV-237 HZ<br><br>DECLARATION OF YOONA PARK IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY |

I, Yoona Park, declare under penalty of perjury as follows:

　　　1.　　I am an associate at the law firm of Stoll Stoll Berne Lokting & Shlachter P.C.,

counsel for the plaintiffs in this case.

{SSBLS Main Documents\8032\001\00289163-1 }

PAGE  1 **-** DECLARATION OF YOONA PARK IN SUPPORT OF PLAINTIFFS' MOTION TO
　　　　　　COMPEL DISCOVERY

2. I have personal knowledge of the facts and matters stated herein, which facts and matters are to the best of my knowledge and belief true and correct.

3. Attached as Exhibit 1 is a true and correct copy of Defendants' Response to Plaintiffs' First Set of Interrogatories to Defendants, dated September 28, 2010.

4. Attached as Exhibit 2 is a true and correct copy of Defendants' Response to Plaintiffs' First Request for Production of Documents, dated September 28, 2010.

5. Attached as Exhibit 3 is a true and correct copy of the opinion issued in *Jimenez, et al. v. Domino's Pizza, LLC,* 2006 U.S. Dist. LEXIS 66510 (C.D. Cal. 2006), decided on January 11, 2006.

6. Attached as Exhibit 4 is a true and correct copy of the opinion issued in *Whitehorn v. Wolfgang's Steakhouse, Inc.*, 2010 U.S. Dist. LEXIS 58460 (S.D.N.Y. 2010), decided on June 14, 2010.

7. Attached as Exhibit 5 is a true and correct copy of the opinion issued in *Sedtal v. Genuine Parts Co.*, 2009 U.S. Dist. LEXIS 63261 (E.D. Tex. 2009), decided on July 23, 2009.

8. Attached as Exhibit 6 is a true and correct copy of the opinion issued in *Morden v. T-Mobile USA, Inc.*, 2006 U.S. Dist. LEXIS 42047 (W.D. Wash. 2006), decided on June 22, 2006.

9. Attached as Exhibit 7 is a true and correct copy of the opinion issued in *Fei v. WestLB AG*, 2008 U.S. Dist. LEXIS 33310 (S.D.N.Y. 2008), decided on April 23, 2008.

10. Attached as Exhibit 8 is a true and correct copy of the opinion issued in *Flores v. Osaka Health SPA, Inc.*, 2006 U.S. Dist. LEXIS 11378 (S.D.N.Y. 2006), decided on March 16, 2006.

{SSBLS Main Documents\8032\001\00289163-1 }

PAGE 2 - DECLARATION OF YOONA PARK IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 7th day of March, 2011.

          /s/ Yoona Park
    Yoona Park

{SSBLS Main Documents\8032\001\00289163-1 }

PAGE 3 - DECLARATION OF YOONA PARK IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET
PORTLAND, OREGON 97204
TEL. (503) 227-1600  FAX (503) 227-6840